HUNT, Appellant, v. UNITED TRACTION CO., Respondent. (Supreme Court, Appellate Division, Third Department. March, 1909.) Action by Harold B. Hunt, infant, by Clifton J. Hunt, guardian ad litem, against the United Traction Company. No opinion. Order unanimously affirmed, with costs.

HUNT, Respondent, v. YEOMANS, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Bertha M. Hunt against Ward B. Yeomans. No opinion. Motion to dismiss appeal granted, with costs.

HUTCHINSON, Appellant, v. HUTCHINSON, Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Jennie T. Hutchinson against Joseph Hutchinson. J. A. Kelly, for appellant. P. Hendrick, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, permitting plaintiff to discontinue, without costs. Order filed. See, also, 119 App. Div. 888, 105 N. Y. Supp. 1122.

HUTCHINSON, Appellant, v. WITTE, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Sophia L. Hutchinson against John H. Witte. No opinion. Judgment of the Municipal Court affirmed, with costs.

INGLESE, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Leonardo Inglese against the New York, New Haven & Hartford Railroad Company. No opinion. Motion for reargument denied, with costs, the opinion not being made part of the motion papers, as required by rule 11. See, also, 117 N. Y. Supp. 392.

INGRAHAM v. PHILLIPS et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Fred. Ingraham against Edmund C. Phillips and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 117 N. Y. Supp. 165.

INNIS SPEEDEN & CO. v. EDGAR G. RIEBE & CO. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Innis Speeden & Co. against Edgar G. Riebe & Co. No opinion. Application denied, with $10 costs.

INTERNATIONAL TEXT-BOOK CO., Respondent, v. BURMASTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by the International Text-Book Company against George T. Burmaster. No opinion. Judgment affirmed, with costs.

IRISH INDUSTRIAL EXPOSITION & AMUSEMENT CO., Limited, Respondent, v. SHERIDAN, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by the Irish Industrial Exposition & Amusement Company, Limited, against Andrew Sheridan. E. W. S. Johnston, for appellant. M. E. Kelly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 121 App. Div. 922, 106 N. Y. Supp. 392.

IRVING, Respondent, v. HIGGINS, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by R. Johnson Irving against Charles M. Higgins. C. M. Stafford, for appellant. G. R. Hawes, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 115 N. Y. Supp. 254.

IRVING, Respondent, v. HIGGINS, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by R. Johnson Irving against Charles M. Higgins. C. M. Stafford, for appellant. G. R. Hawes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 App. Div. 184, 115 N. Y. Supp. 254.

IRWIN, Respondent, v. WESTCHESTER FIRE INS. CO. OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Frances E. Irwin against the Westchester Fire Insurance Company of New York, impleaded. No opinion. Judgment and order (109 N. Y. Supp. 612) affirmed, with costs.

JACKSON, Respondent, v. STERM, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Henry H. Jackson against Ida Sterm, impleaded. H. H. Silver, for appellant. J. A. Kent, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JANUSCH, Appellant, v. DUDENSING, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Harriet K. Janusch against Richard Dudensing, Jr. C. G. Hill, for appellant. H. H. Kimmel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

J. M. LOESER MFG. CO. v. AUTO-CAR EQUIPMENT CO. (Supreme Court, Appellate Division, First Department. May, 1909.) Action by the J. M. Loeser Manufacturing Company against the Auto-Car Equipment Company. No opinion. Motion granted, on conditions stated in memorandum per curiam. Settle order on notice.